FILED & ENTERED

SEP 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY ENTERPRISES T.S. INC,<br><br>Debtor. | Case No.: 1:20-bk-11684-MB<br><br>Chapter 11<br><br>**ORDER DISMISSING BANKRUPTCY CASE PURSUANT TO ORDER TO SHOW CAUSE AND LOCAL BANKRUPTCY RULE 9011-2(a)** |

**TO DEBTOR, VALLEY ENTERPRISES T.S. INC, THE UNITED STATES TRUSTEE, AND ALL PARTIES OF INTEREST:**

The above-captioned debtor, Valley Enterprises T.S. Inc ("Debtor"), filed a voluntary bankruptcy petition in pro per on September 17, 2020. Local Bankruptcy Rule 9011-2(a), bars a corporation, partnership, any unincorporated association, limited liability company, or trust from filing a petition or otherwise appearing without counsel in any case or proceeding. Therefore, on September 18, 2020, the Court entered its *Order to Show Cause Why Case Should Not Be Dismissed* (the "OSC") which required the Debtor to enter the appearance of its counsel no later than September 28, 2020. Case Dkt. 2. The Debtor has failed to respond to the OSC and has failed

1

**ORDER DISMISSING CASE**

1  to enter the appearance of its counsel.  Based on the foregoing, **IT IS HEREBY ORDERED**
2  **THAT** this bankruptcy case is **DISMISSED.**
3                                                                    # # #

23  Date: September 30, 2020

_____
Martin R Barash
United States Bankruptcy Judge

2
**ORDER DISMISSING CASE**